_____

No. 95-2444
_____

James O. Vaughns,                    *
                                     *
         Appellant,                  *
                                     *
    v.                               *  Appeal from the United States
                                     *  District Court for the
Equal Employment Opportunity         *  Eastern District of Arkansas.
Commission; Evan J. Kemp, Jr.,       *
Chairman,                            *           [UNPUBLISHED]
                                     *
         Appellees.                  *
                              _____

                Submitted:  February 5, 1996

                    Filed:  February 15, 1996
                              _____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                              _____

PER CURIAM.


     James Vaughns appeals from the district court's[1] dismissal of
his employment discrimination and retaliation claims stemming from
his job termination.  Having carefully reviewed the record and the
parties' briefs, we conclude the district court's determination
that it lacked subject matter jurisdiction over Vaughns's claims
was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Susan Webber Wright, United States District
Judge for the Eastern District of Arkansas.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.